Opinion approved by the court.

**A. C. LOGGINS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27241.

Court of Criminal Appeals of Texas.

Dec. 1, 1954.

No appearance for appellant.

Dan Walton, Dist. Atty., Houston, Eugene Brady, Asst. Dist. Atty., Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of passing a forged instrument, with a prior conviction alleged for enhancement purposes; the punishment, five years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal, which request is granted.

The appeal is dismissed.